**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vivo Technologies, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2432541** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1820 E. Ray Rd., Suite E100** **Chandler, AZ 85225** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** | **Location of principal assets, if different from principal place of business** |
| County | **7205 E. Southern Ave., Suite 102 Gilbert, AZ 85295** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.vivo.tech

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Vivo Technologies, LLC**  
Name

Case number (*if known*) _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Vivo Technologies, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Vivo Technologies, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 5, 2023**
MM / DD / YYYY

**X** **/s/ Spencer Jones**
Signature of authorized representative of debtor

**Spencer Jones**
Printed name

Title **Manager**

Email Address of debtor

**18. Signature of attorney**

**X** **/s/ M. Preston Gardner**
Signature of attorney for debtor

Date **May 5, 2023**
MM / DD / YYYY

**M. Preston Gardner 029868**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone **(480) 733-6800**   Email address **azbankruptcy@davismiles.com**

**029868 AZ**
Bar number and State

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 5, 2023**     X **/s/ Spencer Jones**
                                  Signature of individual signing on behalf of debtor

                                  **Spencer Jones**
                                  Printed name

                                  **Manager**
                                  Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Vivo Technologies, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Michael Schwarzwalder 2800 Indian River Blvd. P-8 Vero Beach, FL 32960 | | | | | | $270,000.00 |
| Heartland Financial USA 1398 Central Ave Dubuque, IA 52001 | | Credit Card | | | | $240,404.55 |
| American Express P.O. Box 981537 El Paso, TX 79998 | | Credit Card | | | | $225,338.39 |
| California Franchise Tax Board Business Entity Bankruptcy MS A345 PO Box 2952 Sacramento, CA 95812-2952 | | Sales Tax | | | | $186,695.15 |
| Pennsylvania Department of Revenue Department 280946 Harrisburg, PA 17128-0946 | | Sale Tax | | | | $141,754.21 |
| Divvy Visa 13707 S 200 W, Suite 100 Draper, UT 84020 | | Credit Card | | | | $90,646.32 |
| New York Dept. Taxation & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | | Sales Tax | | | | $86,508.91 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

| Debtor | Vivo Technologies, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Verkada**<br>406 E. 3rd Avenue<br>San Mateo, CA 94401 | | **Trade debts** | | | | $58,100.78 |
| **JPMorgan Chase Bank**<br>P.O. Box 15369<br>Wilmington, DE 19850 | | **Credit Card** | | | | $41,262.27 |
| **Arizona Department of Revenue**<br>c/o Tax, Bankruptcy and Collection Sec.<br>2005 North Central Avenue<br>Phoenix, AZ 85004-1592 | | **Sales Tax** | | | | $31,702.68 |
| **Texas Comptroller of Public Accounts**<br>Revenue Division, Bankruptcy Section<br>PO Box 13528 Capital Station<br>Austin, TX 78711 | | **Sales Tax** | | | | $31,314.36 |
| **GfK Etilize, Inc.**<br>120 Eagle Rock Ave., Suite 200<br>East Hanover, NJ 07936 | | **Unpaid service fees** | **Contingent Unliquidated Disputed** | | | $25,000.00 |
| **Minnesota Department of Revenue**<br>600 North Robert St.<br>Saint Paul, MN 55146 | | **Sales Tax** | | | | $22,768.67 |
| **Avalara**<br>55 S . King St., Suite 1800<br>Seattle, WA 98104 | | **Unpaid service fees** | | | | $22,243.90 |
| **TD Synnex Corporation**<br>44201 Nobel Drive<br>Fremont, CA 94538 | | **Trade debts** | | | | $17,181.76 |
| **Instrumental Group, LLC**<br>2081 Youngfield Street<br>Golden, CO 80401 | | **Unpaid service fees (Revenue River, LLC)** | **Contingent Unliquidated Disputed** | | | $16,000.00 |

| Debtor | Vivo Technologies, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Illinois Department of Revenue**<br>**PO Box 19006**<br>**Springfield, IL 62794-9006** | | **Sales Tax** | | | | $14,657.06 |
| **Colorado Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**PO Box 17087**<br>**Denver, CO 80217** | | **Sales Tax** | | | | $14,335.48 |
| **Teledynamics**<br>**2200 Wheless Lane**<br>**Austin, TX 78723** | | **Trade debts** | | | | $14,036.18 |
| **Missouri Department of Revenue**<br>**PO Box 311**<br>**Jefferson City, MO 65105** | | **Sales Tax** | | | | $13,880.64 |

**United States Bankruptcy Court**
District of Arizona

In re **Vivo Technologies, LLC**
Debtor(s)

Case No.
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **7** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **May 5, 2023**

**/s/ Spencer Jones**
**Spencer Jones**/**Manager**
Signer/Title

Date: **May 5, 2023**

**/s/ M. Preston Gardner**
Signature of Attorney
**M. Preston Gardner 029868**
**Davis Miles McGuire Gardner, PLLC**
**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
**(480) 733-6800  Fax: (480) 733-3748**

MML_Requirements_8-2018

MML-3

Vivo Technologies, LLC -

1800 E RAY EXPANSIVE, LLC
318 ADAMS STREET
CHICAGO IL 60603


ACCOUNTING SEED, INC.
PO BOX 772808
DETROIT MI 48277


ALABAMA DEPARTMENT OF REVENUE
50 N. RIPLEY ST.
MONTGOMERY AL 36130


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO TX 79998


ARIZONA BANK & TRUST
A DIVISION OF HTLF BANK
2036 E. CAMELBACK RD.
PHOENIX AZ 85016


ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY AND COLLECTION SEC.
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592


ARKANSAS DEPARTMENT OF REVENUE
PO BOX 1272
LITTLE ROCK AR 72203


AVALARA
55 S . KING ST., SUITE 1800
SEATTLE WA 98104


AXERO HOLDINGS, LLC
401 PARK AVENUE SOUTH
10TH FLOOR
NEW YORK NY 10016


BAHAMAS DEPARTMENT OF INLAND REVENUE
CARMICHAEL ROAD
PO BOX N-13
NASSAU, BAHAMAS

Vivo Technologies, LLC -

CALIFORNIA FRANCHISE TAX BOARD
BUSINESS ENTITY BANKRUPTCY MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952


CANADA REVENUE AGENCY
CONNAUGHT BUILDING
559 MACKENZIE AVENUE
OTTAWA, ONTARIO, CANADA


COLORADO DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 17087
DENVER CO 80217


CONNECTICUT DEPARTMENT OF REVENUE
450 COLUMBUS BLVD. SUITE 1
HARTFORD CT 06103


DC OFFICE OF TAX AND REVENUE
COLLECTION DIVISION
1101 4TH STREET, SW, 6TH FLOOR
WASHINGTON DC 20024


DEALHUB
153 2ND ST., SUITE 102
LOS ALTOS CA 94022


DIVVY VISA
13707 S 200 W, SUITE 100
DRAPER UT 84020


FEDEX
P.O. BOX 332
MEMPHIS TN 38194-4741


FLORIDA DEPARTMENT OF REVENUE
MAIL STOP 3-2000
5050 W. TENNESSEE ST
TALLAHASSEE FL 32399-0112


GEORGIA DEPARTMENT OF REVENUE
PO BOX 740399
ATLANTA GA 30374

Vivo Technologies, LLC -

GFK ETILIZE, INC.
120 EAGLE ROCK AVE., SUITE 200
EAST HANOVER NJ 07936

GFK ETILIZE, INC.
34145 PACIFIC COAST HIGHWAY #636
DANA POINT CA 92629

HAWAII DEPARTMENT OF REVENUE
830 PUNCHBOWL STREET, RM 221
HONOLULU HI 96813

HEARTLAND FINANCIAL USA
1398 CENTRAL AVE
DUBUQUE IA 52001

HTLF BANK
1800 LARIMER STREET, SUITE 1800
DENVER CO 80202

HUBSPOT, INC.
25 FIRST STREET
CAMBRIDGE MA 02141

IDAHO TAX COMMISSION
P.O. BOX 36
BOISE ID 83722

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19006
SPRINGFIELD IL 62794-9006

INDIANA DEPARTMENT OF REVENUE
PO BOX 7206
INDIANAPOLIS IN 46207-7206

INSTRUMENTAL GROUP, LLC
2081 YOUNGFIELD STREET
GOLDEN CO 80401

IOWA DEPARTMENT OF REVENUE
PO BOX 10330
DES MOINES IA 50306-0330

Vivo Technologies, LLC -

JPMORGAN CHASE BANK
P.O. BOX 15369
WILMINGTON DE 19850


K2H CLEARVIEW, LLC
627 S. 48TH ST., SUITE 110
TEMPE AZ 85281


KANSAS DEPARTMENT OF REVENUE
PO BOX 3506
TOPEKA KS 66625-3506


KENTUCKY DEPARTMENT OF REVENUE
P.O. BOX 1190
FRANKFORT KY 40602-1190


LOUISIANA DEPARTMENT OF REVENUE
POST OFFICE BOX 201
BATON ROUGE LA 70821-0201


MAINE DEPARTMENT OF REVENUE
PO BOX 9107
AUGUSTA ME 04332-9107


MARKETO, INC.
901 MARINERS ISLAND BLVD., SUITE 200
SAN MATEO CA 94404


MARYLAND REVENUE ADMINISTRATION
110 CARROLL STREET
ANNAPOLIS MD 21411


MASSACHUSETTS DEPT. OF REVENUE
COLLECTIONS/BANKRUPTCY UNIT
PO BOX 7090
BOSTON MA 02204-7090


MICHAEL FIELDING
HUSCH BLACKWELL
4801 MAIN STREET, SUITE 1000
KANSAS CITY MO 64112


MICHAEL SCHWARZWALDER
2800 INDIAN RIVER BLVD. P-8
VERO BEACH FL 32960

Vivo Technologies, LLC -

MINNESOTA DEPARTMENT OF REVENUE
600 NORTH ROBERT ST.
SAINT PAUL MN 55146


MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225


MISSOURI DEPARTMENT OF REVENUE
PO BOX 311
JEFFERSON CITY MO 65105


NEBRASKA DEPARTMENT OF REVENUE
NEBRASKA STATE OFFICE BUILDING
301 CENTENNIAL MALL S
LINCOLN NE 68508


NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVE., #1300
LAS VEGAS NV 89101


NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245


NEW MEXICO TAXATION AND REVENUE
BANKRUPTCY SECTION
PO BOX 630
SANTA FE NM 87504


NEW YORK DEPT. TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300


NORTH CAROLINA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P) BOX 1168
RALEIGH NC 27602-1168

Vivo Technologies, LLC -

NORTH DAKOTA STATE TAX COMMISSIONER
LEGAL DIVISION, BANKRUPTCY UNIT
600 E. BOULEVARD AVE.
BISMARCK ND 58505-0599


OHIO DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS OH 43216-0530


PENNSYLVANIA DEPARTMENT OF REVENUE
DEPARTMENT 280946
HARRISBURG PA 17128-0946


PUERTO RICO-DEPARTAMENTO DE HACIENDA
P.O. BOX 9024140
SAN JUAN PR 00902-4140


REVENUE RIVER LLC DBA INSTRUMENTAL GROUP
2081 YOUNGFIELD ST.
GOLDEN CO 80401


RHODE ISLAND DIVISION OF TAXATION
BANKRUPTCY SECTION
ONE CAPITOL HILL
PROVIDENCE RI 02908


SONANCE
991 CALLE AMANECER
SAN CLEMENTE CA 92673


SOUTH CAROLINA DEPARTMENT OF REVENUE
DOCUMENT CONTROL-BANKRUPTCY
PO BOX 995
COLUMBIA SC 29202-0995


STENSON TAMADDON, LLC
1 N. CENTRAL AVE. #1030
PHOENIX AZ 85004


TD SYNNEX CORPORATION
44201 NOBEL DRIVE
FREMONT CA 94538

Vivo Technologies, LLC -

TELEDYNAMICS
2200 WHELESS LANE
AUSTIN TX 78723

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE DIVISION, BANKRUPTCY SECTION
PO BOX 13528 CAPITAL STATION
AUSTIN TX 78711

TIBURON CHANDLER AIRPORT, LLC
4970 E. PALOMINO RD.
PHOENIX AZ 85018

VERKADA
406 E. 3RD AVENUE
SAN MATEO CA 94401

VERMONT DEPARTMENT OF TAXES
109 STATE ST.
P.O. BOX 429
MONTPELIER VT 05601-0429

VIRGINIA DEPARTMENT OF REVENUE
LEGAL/BANKRUPTCY DIVISION
PO BOX 1115
RICHMOND VA 23218-1115

WEST VIRGINIA
LEGAL – BANKRUPTCY UNIT
PO BOX 766
CHARLESTON WV 25323-0766

WISCONSIN DEPARTMENT OF REVENUE
SPECIAL PROCEDURES UNIT
P.O. BOX 8901
MADISON WI 53708-8901

# United States Bankruptcy Court
## District of Arizona

In re **Vivo Technologies, LLC**
Debtor(s)

Case No.
Chapter **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vivo Technologies, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Shift Enterprises, LLC**
**7205 E. Southern Ave., Suite 102**
**Mesa, AZ 85209**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 5, 2023** | **/s/ M. Preston Gardner** |
| Date | **M. Preston Gardner 029868** |
| | Signature of Attorney or Litigant |
| | Counsel for **Vivo Technologies, LLC** |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800 Fax:(480) 733-3748** |
| | **azbankruptcy@davismiles.com** |